In Re: Condemnation by the Redevelopment Authority of the County of Dauphin etc. Jack E. Hamman and Mary Hamman and Clifford Bailey, Jr., Appellants.

Argued September 14, 1983, before Judges ROGERS, MACPHAIL and BARRY, sitting as a panel of three.

*Lee C. Swartz,* with him *Stephen M. Greecher, Jr., Hepford, Swartz, Menaker & Wilt,* for appellants.

*Robert D. Hanson,* with him *Richard C. Ruben, Hanson and Ruben,* for appellees.

PER CURIAM MEMORANDUM OPINION, October 28, 1983:

We affirm the judgment of the Court of Common Pleas of Dauphin County on the opinion of Judge WARREN G. MORGAN,[1] *In Re: Condemnation by The Redevelopment Authority of the County of Dauphin, In Connection with the Paul J. Leicht Urban Renewal Project,* Pa. D. & C.3rd (19 ).

### PER CURIAM ORDER

AND Now, this 28th day of October, 1983, the order of the Dauphin County Court of Common Pleas dated July 19, 1982, in the above-captioned matter is affirmed.

---

[1] We note that the date of the filing of additional preliminary objections was May 20, 1982, not May 20, 1981, as Judge MORGAN's opinion records.